**George KNIEST, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 101589**

Missouri Court of Appeals
Eastern District
Division One

Filed: October 21, 2014

Motion for Rehearing and/or Transfer
to Supreme Court Denied
December 15, 2014

Application for Transfer Denied
February 24, 2015

George Kniest #267277, Jefferson City Correction Center, 8200 No More Victims Road, Jefferson City, MO 65101, for Appellant Acting Pro Se.

Chris Koster, Attorney General, Andrew C. Hooper, Assistant Attorney General, P.O. Box 889, Jefferson City, Missouri 65102, for Respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J. and Glenn A. Norton, J.

***ORDER***

George Kniest appeals the judgment dismissing his Rule 24.035 motion for post-conviction relief. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the motion court's judgment under Rule 84.16(b).